```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 23580
    SHELIA COLEMAN
                                               CHAPTER 13

                                               JUDGE: MANUEL BARBOSA

        Debtor
    SSN XXX-XX-5390


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/22/04 and confirmed on 08/19/04.

    2.  The case was dismissed after confirmation, 11/06/2008.

    3.  The Debtor paid a total of $  12950.61 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK ONE | SECURED | 8500.00 | 795.77 | 8500.00 |
| CITIFINANCIAL | SECURED | 300.00 | 48.85 | 300.00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 242.15 | .00 | 1.90 |
| ROUNDUP FUNDING LLC | UNSECURED | 3999.30 | .00 | 31.42 |
| ECAST SETTLEMENT CORP | FILED LATE | .00 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 263.22 | .00 | 2.06 |
| CINGULAR | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | 371.33 | .00 | 2.91 |
| FIRST EXPRESS | UNSECURED | 119.61 | .00 | .94 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 283.70 | .00 | 2.23 |
| ILLINOIS DEPT PUBLIC AID | UNSECURED | 1712.34 | .00 | 13.45 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1397.00 | .00 | 10.97 |
| RETAILERS NATIONAL BANK | UNSECURED | 1932.05 | .00 | 15.18 |
| BANK ONE | UNSECURED | 10521.03 | .00 | 82.63 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 8800.00 | .00 | 20841.73 | .00 | 29641.73 |
| PRINCIPAL PAID | 8800.00 | .00 | 163.69 | .00 | 8963.69 |
| INTEREST PAID | 844.62 | .00 | .00 | .00 | 844.62 |
| TOTAL PAID | 9644.62 | .00 | 163.69 | .00 | 9808.31 |

```
The Debtor's attorney, ZALUTSKY & PINSKI           , was allowed $  2700.00
and was paid $   106.00   direct and $   2594.00   through the plan.

The Trustee received $    548.30 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 02/09/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

                              PAGE   2
     CASE NO. 04 B 23580 SHELIA COLEMAN